# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

160583 & (17)(21)(22)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CORNELIUS ALDEN BROWN,
      Defendant-Appellant.

SC: 160583
COA: 348735
Ingham CC: 01-076755-FC

_____/

On order of the Court, the application for leave to appeal the October 1, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions for appointment of counsel, miscellaneous relief, and to amend the application are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020



Clerk

b0831